UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RICHARD D. JASPER | CIVIL ACTION NO. 13-2183-P |
| VERSUS | JUDGE FOOTE |
| WARDEN GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding the denial of medical treatment are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims regarding retaliation are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 25th day of May 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE